IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE HOLLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv25-MEF |
| | ) (WO-Not Recommended for Publication) |
| AMY NEWSOME, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

There being no objections[1] filed to the Recommendation of the Magistrate Judge (Doc. # 2) filed herein on January 18, 2006, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The claims presented against defendant Newsome are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I);

2. Plaintiff's challenges to the indictment and criminal charge pending against him before the Circuit Court of Randolph County, Alabama are DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

---

[1] On February 1, 2006, Plaintiff filed a Motion to Reconsider or in the Alternate [sic] Notice of Appeal to the 11th Circuit Court of Appeals (Doc. # 6) instead of filing an objection to the Recommendation of the Magistrate Judge. The Magistrate Judge reviewed and denied this motion. Even if this Court were to construe this filing as an objection to the Magistrate Judge's Recommendation, it is without merit and due to be OVERRULED.

3. This case is DISMISSED prior to service of process pursuant to the provisions

of 28 U.S.C. § 1915(e)(2)(B)(I) and (ii).

Done this 15th day of February, 2006.

                /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE